# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**471**
**CAF 12-01042**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF BRENDA BENJAMIN,
PETITIONER-APPELLANT,

V                                                          ORDER

LEONARD F. EDDY, SR., RESPONDENT-RESPONDENT.

---

CONBOY, MCKAY, BACHMAN & KENDALL, LLP, WATERTOWN (SCOTT A. OTIS OF COUNSEL), FOR PETITIONER-APPELLANT.

JANE G. LAROCK, WATERTOWN, FOR RESPONDENT-RESPONDENT.

WILLIAM J. RILEY, ATTORNEY FOR THE CHILD, BOONVILLE, FOR BRANDON E.

-----------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Lewis County (Charles C. Merrell, J.), entered May 15, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: April 26, 2013                          Frances E. Cafarell
                                                 Clerk of the Court